# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-CV-7065 SVW (FMOx) | Date | November 3, 2010 |
|---|---|---|---|
| Title | MAMBO v. ONEWEST BANK F.S.B. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER re Order to Show Cause Why Action Should Not Be Dismissed

    Plaintiff has failed to respond to the Court's Order dated October 5, 2010. (Doc. No. 4). Plaintiff is Ordered to Show Cause why the complaint should not be dismissed for lack of subject matter jurisdiction within SEVEN (7) days of this Order.

                                                                                                    :

                                                                    Initials of Preparer        PMC