UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-07065-SVW-FMO | Date | November 30, 2010 |
|---|---|---|---|
| Title | Christine Mambo v. OneWest Bank, F.S.B. et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

     The Court, on November 3, 2010, issued an order to show cause why this action should not be dismissed for lack of subject matter jurisdiction.  To date, plaintiff has failed to respond to the Court's order.  Therefore, the matter is dismissed.

                                                                                                                          :  
                                                            Initials of Preparer        PMC